Mark Anthony Ortega
Po Box 702099
San Antonio, TX 78231



San Antonio, TX P&DC
TUE 10 MAR 2026 PM

U.S. District Clerk's office
262 West Nueva St Rm 1-400
San Antonio, TX 78207


SCREENED BY CSO
MAR 12 2026

RECEIVED
MAR 1 2 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY CLERK

SA26CA1868
MJ-RBF